NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Noel E. Eidsmore, Nev. Bar No. 7688
Chief Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LEEANN MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS BROWN, III; B.B.B., a minor child d/o/b, 03/12/2009; L.L.B., a minor child, d/o/b, 12/02/2013; and L.K.B., a minor child, d/o/b 12/29/2018,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT); ALEXANDER CUEVAS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01649-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**[FIRST REQUEST]** |

   IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, ROBIN LEEANN MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS BROWN, III, B.B.B, a minor child d/o/b, 03/12/2009, L.L.B, a minor child, d/o/b, 12/02/2013 and L.K.B, a minor child, d/o/b, 12/29/2018 (collectively hereinafter "Plaintiffs"), and Defendants CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE

DEPARTMENT) ("CNLV") and ALEXANDER CUEVAS ("CUEVAS") (collectively hereinafter the "PARTIES"), by and through their counsel of record, that the dispositive motion deadline date of November 24, 2021, be continued to December 23, 2021, the deadline to file any opposition shall be January 24, 2022 and the deadline to file any reply be February 7, 2022, for the purpose of allowing the parties to determine if settlement discussions are appropriate.

## IV.     PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter and order as follows:

**A. Dispositive Motions.**

The parties shall file dispositive motions on December 23, 2021.

**B. Joint Pre-Trial Order.**

The parties shall submit the Joint Pretrial Order, pursuant to LR 26(1)(e)(5) thirty (30) days after the date set for filing dispositive motions, on January 24, 2022, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of this Court.

This request for an extension is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. The extension

///
///
///
///
///
///
///
///

#R1ZD70HZ0DNSCDv1

will allow the parties the necessary time to determine whether settlement discussions are appropriate.

DATED: November 17, 2021

NORTH LAS VEGAS CITY ATTORNEY

By */s/ Noel E. Eidsmore* .
   Micaela Rustia Moore, Nev. Bar No. 9676
   City Attorney
   Noel E. Eidsmore, Nev. Bar No. 7688
   Chief Deputy City Attorney
   2250 Las Vegas Blvd. North, Suite 810
   North Las Vegas, Nevada 89030
   *Attorneys for Defendants*

DATED: November 17, 2021

PETER GOLDSTEIN LAW CORP

By */s/ Peter Goldstein* .
   Peter Goldstein, Nev. Bar No. 6992
   10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 891145
   *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this   17   day of November, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

#R1ZD70HZ0DNSCDv1