UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST GUARDADO,<br><br>Plaintiff<br><br>v.<br><br>JAMES DZURENDA et al.,<br><br>Defendants. | Case No. 2:21-cv-00994-GMN-EJY<br><br>**ORDER** |

In November 2021, after holding an inmate early mediation, the Court extended the stay to allow the parties to attempt to settle this case out of court with the option of holding a second mediation with Mr. Kirby J. Smith, Esq. if necessary.  ECF Nos. 22, 25, 26.  Defendants now request a second mediation with Mr. Smith.  ECF No. 35.  The Court grants the motion to extend the stay and will schedule a second mediation.

IT IS HEREBY ORDERED that the Motion to Continue the Stay and Schedule a Second Mediation (ECF No. 35) is **GRANTED**.  The stay will remain in place until three days after the second mediation takes place.  An updated status report will also be due three days after the second mediation takes place.

IT IS FURTHER ORDERED that this case will be referred to the inmate mediation coordinator to schedule a second mediation with Mr. Smith.

DATED THIS 24th day of January 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE