**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ERNEST GUARDADO, | Case No. 2:21-cv-00994-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendant. | |

On March 8, 2022, the Court entered an Order requiring the Attorney General's Office (sometimes the "AG's Office") to file a notice advising the Court and Plaintiff of the names of those defendants on whose behalf it would accept service as well as the names of those defendants for whom it would **not** accept service together with the last known addresses for defendants not represented by the AG's Office. ECF No. 44. The last known addresses were to be filed under seal. *Id*. On March 29, 2022 the Attorney General's Office filed a notice accepting service for all but three defendants. The three defendants for whom service was not accepted are V. Thompson, K. Thomas, and R. Snyder. No notice with last known addresses for these three defendants was filed.

Accordingly, IT IS HEREBY ORDERED (again) that the Attorney General's Office **must**, within **ten (10) days of the date of this Order** file under seal, and shall not serve Plaintiff, the last known addresses for each Defendant for whom it does not accept service.

DATED this 30th day of March 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE