# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNEST GUARDADO,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendant. | Case No. 2:21-cv-00994-GMN-EJY<br><br>**ORDER** |

Recently filed with the Court is the Acceptance of Service on behalf of Kim Thomas by the Nevada Attorney General.  The Attorney General's filing also clarifies that Monique Hubbard-Pickett, for whom it previously accepted service, is a current employee of the Nevada Department of Corrections, and R. Snyder is deceased.  The Nevada Attorney General states he cannot accept service on behalf of Vangela Thompson.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for Defendant Vangela Thompson and deliver the same to the U.S. Marshal's Office with the address provided under seal for this Defendant (ECF No. 60).

IT IS FURTHER ORDERED that the Clerk of Court **must** send a copy of this Order, the Amended Complaint (ECF No. 14), and Screening Order (ECF No. 15) to the U.S. Marshal for service on Defendant Vangela Thompson.

IT IS FURTHER ORDERED that the Clerk of Court **must** send to Plaintiff one USM-285 form, together with a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff **must** complete the USM-285 form for Defendant Vangela Thompson to the best of his ability and return the same to the U.S. Marshal Service by mail no later than **April 29, 2022.**

IT IS FURTHER ORDERED that the U.S. Marshal Service **shall** attempt to effect service on Defendant Vangela Thompson no later than **fifteen days** after receipt of the completed USM-285.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Vangela Thompson may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED this 4th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE